# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| WILLIAM T. MCCONNELL, | Civil No. 09-1273 (JRT/SRN) |
| Plaintiff, | |
| v. | **ORDER** |
| UNITED STATES GOVERNMENT, DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE, | |
| Defendants. | |

_____

William T. MCConnell, 2501 Lowry Avenue Northeast, #13 Oak Street, Saint Anthony, MN 55418, pro se plaintiff.

This matter is before the Court on the objection filed by plaintiff on July 7, 2009 to the Order issued by Magistrate Judge Nelson denying the plaintiff's IFP application. However, on July 7, 2009, Magistrate Judge Nelson issued a new order granting the application [Docket No. 6]. Since the relief requested by plaintiff has now been granted, **IT IS HEREBY ORDERED** that plaintiff's objection [Docket No. 7] is denied as **MOOT**.

DATED: July 28, 2009
at Minneapolis, Minnesota.

                                                      _____s/John R. Tunheim_____
                                                        JOHN R. TUNHEIM
                                                   United States District Judge