# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| WILLIAM T. MCCONNELL,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES GOVERNMENT,<br>DEPARTMENT OF THE TREASURY,<br>and INTERNAL REVENUE SERVICE,<br><br>Defendants. | Civil No. 09-1273 (JRT/SRN)<br><br><br><br>**MEMORANDUM OPINION<br>AND ORDER ADOPTING REPORT<br>AND RECOMMENDATION** |

William T. McConnell, 2501 Lowry Avenue NE, #13 Oak Street, Saint Anthony, MN 55418, plaintiff *pro se*.

Mary E. Bielefeld, **UNITED STATES DEPARTMENT OF JUSTICE, TAX DIVISION**, CTS, Central Region, P.O. Box 7238, Ben Franklin Station, Washington, DC 20044, for defendants.

Pursuant to Fed. R. Civ. P. 60(a), the Court amends a typographical error in its Memorandum Opinion and Order Adopting Report and Recommendation dated September 7, 2010 [Docket No. 53], by substituting the date "April 19, 2010" for "December 17, 2009" on page nine of the ordering section. In all other respects, the Order is unchanged.

DATED: September 15, 2010　　　　　　　s/ John R. Tunheim
at Minneapolis, Minnesota.　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　United States District Judge